Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number 6:20-po-00446-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| AMY GANN, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal, in the matter of *United States v. Amy Gann 6:20-po-00446,* violation number 9292443, without prejudice and in the interest of justice.

Dated: October 29, 2020          /s/ Sean O. Anderson
                                 Sean O. Anderson
                                 Legal Officer
                                 Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefore, it is hereby ordered that the above-referenced matter, *United States v. Amy Gann*, 6:20-po-00446-JDP, violation number 9292443, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 30, 2020                                  _____
                                                                                    UNITED STATES MAGISTRATE JUDGE